A TRUE COPY I CERTIFY
James G. Woodward, Clerk

By: David L. Braun
Deputy Clerk

For the United States District Court
Eastern District of Missouri

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: NUVARING PRODUCTS LIABILITY
LITIGATION

| | | |
|---|---|---|
| Arce, et al. v. Organon USA Inc. et al., | ) | |
| N.D. California, C.A. No. 4:13-04218 | ) | MDL No. 1964 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE DECEMBER 5, 2013, HEARING SESSION ORDER**

A conditional transfer order was filed in this action (*Arce*) on September 23, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Arce* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-205" filed on September 23, 2013, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Missouri for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Rodney W. Sippel.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 15, 2013, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel